IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:26CR-26 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **UNOPPOSED** |
| vs. | ) | **MOTION TO EXTEND TIME** |
| | ) | **TO FILE PRETRIAL MOTIONS** |
| BLAKE FINDELL, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Defendant, Blake Findell, by and through his attorney of record, Stuart J. Dornan, and hereby moves this Court for an Order for extension of time in which to file pretrial motions on behalf of said Defendant. In support of said Motion, the Defendant states as follows:

1. Defense counsel needs more time to review voluminous discovery with his client and discuss case strategy.

2. Defendant requests a ninety-day extension of time to file pretrial motions.

3. The Defendant understands that he has a right to a speedy trial both under the Sixth Amendment to the United States Constitution and under 18 U.S.C. §3161 *et seq*. and that this motion will, if granted pursuant to this request, extend the time during which this case may be called for trial, and that the time between filing this motion and the time that is decided by the court may be excluded for the purpose of speedy trial calculations pursuant to the provisions of the Sixth Amendment of the United States Constitution and 18 U.S.C. §3161 *et seq*.

4. Defense counsel has communicated with Assistant United States Attorney Jody Mullis, and he has no objection to an extension of the pretrial motion deadline.

5. Defense counsel has communicated with Desirae Solomon, counsel for co-Defendant Sabrina Ward, and she has no objection to an extension of the pretrial motions deadline.

6. Defendant has been advised of the extension request and has no objection to the same.

7. The pretrial motions deadline is tomnorrow, March 12, 2026. Defense counsel requests a ninety (90) day extension, proposing a June 9, 2026 deadline by which to file pretrial motions.

WHEREFORE, Defendant prays that this Court enter an Order extending the time to file pretrial motions until June 9, 2026; and for any such further relief that the Court deems just and equitable.

                              BLAKE FINDELL, Defendant,

By:   *s/Stuart J. Dornan*
       STUART J. DORNAN, #18553
       Attorney for Defendant
       Dornan, Howard, Breitkreutz
       Dahlquist & Klein, PC LLO
       1403 Farnam Street, Suite 232
       Omaha, Nebraska 68102
       (402) 884-7044 (phone)
       (402) 884-7045 (fax)
       stu@dltlawyers.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on March 11, 2026, I electronically filed the foregoing document with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

  Jody Mullis, Assistant United States Attorney
  Desirae Solomon, Counsel for Co-Defendant

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  N/A

             *s/Stuart J. Dornan*
             STUART J. DORNAN, #18553
             Attorney for Defendant